AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | | |
|---|---|---|
| MATTHEW FERO, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:15-cv-06569 |
| EXCELLUS HEALTH PLAN, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                          .

Date:     09/25/2015

/s/Kathryn Lee Bruns
*Attorney's signature*

Kathryn Lee Bruns (Bar Number 2874063)
*Printed name and bar number*

Faraci Lange, LLP
28 E. Main Street, Suite 1100
Rochester, New York 14614

*Address*

sschwarz@faraci.com
*E-mail address*

(585) 325-5150
*Telephone number*

(585) 325-3285
*FAX number*