# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

Civil Number: **15-CV-6569**
Date Filed: **09/22/2015**

Plaintiff(s):
MATTHEW FERO, SHIRLEY KRENZER, ERIN O'BRIEN, Individually and on behalf of all others similarly situated
vs
Defendant(s):
EXCELLUS HEALTH PLAN, INC. and LIFETIME HEALTHCARE, INC.

STATE OF NEW YORK
COUNTY OF MONROE SS.:

**SHEY SMITH,** the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **09/25/2015** at **1:26 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT** on **EXCELLUS HEALTH PLAN, INC** at **165 COURT STREET, ROCHESTER, NY 14647** in the manner indicated below:

By delivering a true copy of each to and leaving with **DEBBIE D'AMBROSIO, LEGAL ASSISTANT** who stated he/she is authorized to accept service on behalf of the corporation/government entity.

**Description:**
Gender: **FEMALE**   Race/Skin: **HISPANIC**   Age: **36 - 50 Yrs.**   Weight: **131-160 Lbs.**   Height: **5' 4" - 5' 8"**   Hair: **BROWN**   Glasses: **NO**   Other:

Subscribed and Sworn to before me on 09/28/2015.

Lisa M. Newfrock
Notary Public, State of New York
No. 01NE6330541
Qualified in Monroe County
Commission Expires 09/14/2019

X _____
**SHEY SMITH**

Job #: 38066

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-6569

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EXCELLUS HEALTH PLAN, INC.
was received by me on *(date)* 9-25-15.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DEBBIE D'AMBROSIO, Legal ASSISTANT, who is designated by law to accept service of process on behalf of *(name of organization)* EXCELLUS HEALTH PLAN, INC. on *(date)* 9-25-15 @ 1:26 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/28/15

*Server's signature*

SHEY SMITH
*Printed name and title*

45 Exchange Blvd. - Ste. 200
Roch. NY 14614
*Server's address*

Additional information regarding attempted service, etc: