UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW FERO, SHIRLEY KRENZER, ERIN O'BRIEN, JAMES J. SMITH, JR., SHARON C. SMITH, JOHN P. PALMER, BARBARA A. PALMER, ANTHONY PARLATO, BETH A. PARLATO individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXCELLUS HEALTH PLAN, INC. and LIFETIME HEALTHCARE, INC. ,<br><br>Defendants. | Case No. 6:15-cv-06569<br>JUDGE MICHAEL A. TELESCA<br><br>*EX PARTE* MOTION TO CONSOLIDATE |

NOTICE OF MOTION

| | |
|---|---|
| **MOTION MADE BY:** | Plaintiffs, Matthew Fero, Shirley Krenzer, Erin O'Brien, James J. Smith, Jr., Sharon C. Smith, John P. Palmer, Barbara A. Palmer, Anthony Parlato, Beth A. Parlato individually and on behalf of all others similarly situated, by and through their attorneys, Faraci Lange, LLP and Weitz & Luxenberg, P.C. |
| **DATE, TIME AND PLACE OF HEARING:** | To be determined by Order of the Court. |
| **SUPPORTING PAPERS:** | Affirmation of Hadley L. Matarazzo, Esq. and Memorandum of Law in Support of Plaintiffs' *Ex Parte* Motion to Consolidate |
| **RELIEF DEMANDED:** | a) An Order of this Court pursuant to Federal Rule of Civil Procedure 42(a)(2); and<br><br>b) For such other and further relief the Court may deem just and proper. |

**REPLY PAPERS:**              Plaintiffs intend to submit reply papers.


Dated:  October 2, 2015
         Rochester, New York

/s/ Hadley L. Matarazzo
Hadley L. Matarazzo (NY Bar No. 437785)
*hmatarazzo@faraci.com*
Kathryn Lee Bruns (NY Bar No. 2874063)
*kbruns@faraci.com*
FARACI LANGE, LLP
28 E. Main Street, Suite 1100
Rochester, New York 14614
Tel: (585) 325-5150
Fax: (585) 325-3285

/s/ Robin L. Greenwald
Robin L. Greenwald (*pro hac vice* to be filed)
*rgreenwald@weitzlux.com*
James J. Bilsborrow (*pro hac vice* to be filed)
*jbilsborrow@weitzlux.com*
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
Tel: (212) 558-5500
Fax: (646) 293-7937

**CERTIFICATE OF SERVICE**

        This is to certify a copy of the foregoing was served upon defendants Excellus Health Plan, Inc. and Lifetime Healthcare, Inc. by personal at the following addresses:

| | |
|---|---|
| Excellus Health Plan, Inc. | Lifetime Healthcare, Inc. |
| 165 Court Street | 165 Court Street |
| Rochester, New York 14647 | Rochester, New York 14647 |

A copy of the foregoing was also sent by electronic mail and first class mail to the attorney at the law firm of BakerHostetler who has identified himself as counsel for Excellus Health Plan, Inc. at the following addresses:

Paul Karlsgodt, Esq.
BakerHostetler
1801 California Street
Suite 4400
Denver, Colorado 80202-2662
pkarlsgodt@bakerlaw.com


Date: October 2, 2015　　　　　　　　　　　　　　　　/s/ Hadley L. Matarazzo