Case 6:15-cv-06651-MAT   Document 2-1   Filed 10/28/15   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Excellus Health Plan, Inc.
was received by me on *(date)* 11-2-15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Debbie D'Ambrosio , who is
designated by law to accept service of process on behalf of *(name of organization)*
Excellus Health Plan, Inc. on *(date)* 11-2-15 ; or
11:20 am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11-4-15

Shey Smith
*Server's signature*

Shey Smith  Process Server
*Printed name and title*  45 EXCHANGE BLVD.
SUITE 200
ROCHESTER, NY 14614

*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

Civil Number: 15-CV-6651
Date Filed: 10/28/2015

Plaintiff(s):
LOUANN MALTA, Individually and on behalf of All Others Similarly Situated
vs
Defendant(s):
EXCELLUS HEALTH PLAN, INC., and LIFETIME HEALTHCARE, INC.

STATE OF NEW YORK
COUNTY OF MONROE SS.:

SHEY SMITH, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On 11/2/2015 at 11:20 AM, deponent served the within SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT on EXCELLUS HEALTH PLAN, INC. at 165 COURT STREET, ROCHESTER, NY 14642 in the manner indicated below:

By delivering a true copy of each to and leaving with DEBBIE DAMBROSIO, LEGAL ADMINISTRATION who stated he/she is authorized to accept service on behalf of the corporation/government entity.

**Description:**
Gender: FEMALE    Race/Skin: CAUCASIAN    Age: 36 - 50 Yrs.    Weight: 131-160 Lbs.    Height: 5' 4" - 5' 8"    Hair: BLACK    Glasses: NO    Other:

Subscribed and Sworn to before me on 11/4/2015.

Nichole S. Cotton
Notary Public, State of New York
No. 01CO6293030
Qualified in Monroe County
Commission Expires 11/18/2017

X SHEY SMITH

Job #: 38984