IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

FERO, ET AL.,

        Plaintiffs,

vs.

EXCELLUS HEALTH PLAN, INC., ET AL.,

        Defendants.

Case No. 6:15-cv-6569-EAW

## NOTICE OF MOTION

| | |
|---|---|
| Nature of Action: | Class Action |
| Moving Party: | Plaintiff |
| Directed To: | Defendants |
| Date and Time: | To be determined by the Court. |
| Place: | United States Courthouse<br>2 Niagara Square<br>Buffalo, New York |
| Supporting Papers: | Declaration of Marco Cercone, Esq., sworn to on November 10, 2015; Declaration of Karen H. Riebel, Esq., sworn to on November 9, 2015. |
| Answering Papers: | Opposing papers, if any, are required to be filed pursuant to Court Order. |
| Relief Requested: | An Order pursuant to Local Rule of Civil Procedure 83.1(c) of the United States District Court for the Western District of New York, granting admission *pro hac vice* of Karen H. Riebel, Esq. of the law firm of Lockridge Grindal Nauen P.L.L.P., 100 Washington Ave S., Suite 2200, Minneapolis, MN 55401, to participate in this action on behalf of Plaintiffs; along with such other and further relief as the Court deems just and proper. |

497840.1

Dated: November 10, 2015
      Buffalo, New York

                **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                Local Counsel for Plaintiff

            By:   s/ Marco Cercone, Esq.
                    Marco Cercone, Esq.
                    1600 Liberty Building
                    Buffalo, NY 14202
                    Telephone: 716-854-3400
                    Cercone@ruppbaase.com