UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| MATTHEW FERO, et al., | **NOTICE OF MOTION** |
| Plaintiffs, | |
| v. | 6:15-CV-06569 EAW |
| EXCELLUS HEALTH PLAN INC., et al., | |
| Defendants. | |

_____

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Hadley Lundback Matarazzo, dated December 10, 2021, together with exhibits A through D and the accompanying Memorandum of Law in support of Plaintiffs' Motion for Preliminary Approval of Settlement and upon all of the pleadings and proceedings herein, Plaintiffs, by their undersigned attorneys, move this Court under Fed. Civ. P. 23(e)(2) for an Order granting preliminary approval of class action settlement and directing notice of the proposed settlement.

Plaintiffs have consulted with counsel for the Excellus Defendants and Defendant BCBSA, and they do not object to this Motion.

DATED: December 10, 2021    /s/ Hadley Lundback Matarazzo
Rochester, New York    Hadley Lundback Matarazzo (NY Bar No. 437785)
*hmatarazzo@faraci.com*
Kathryn Lee Bruns (NY Bar No. 2874063)
*kbruns@faraci.com*
Stephen G. Schwarz (NY Bar No. 2008936)
*sschwarz@faraci.com*
FARACI LANGE, LLP
28 E. Main Street, Suite 1100
Rochester, New York 14614
Tel: (585) 325-5150
Fax: (585) 325-3285

1

/s/ James J. Bilsborrow
James J. Bilsborrow (NY Bar No. 4702064)
*jbilsborrow@weitzlux.com*
SEEGER WEISS LLP
55 Challenger Rd.
Ridgefield Park, New Jersey 07660
Tel: (212) 584-0755

/s/ Eric H. Gibbs
Eric H. Gibbs (Admitted *pro hac vice*)
*ehg@classlawgroup.com*
David M. Berger (Admitted *pro hac vice*)
*dmb@classlawgroup.com*
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701

/s/ Lynn A. Toops
Lynn A. Toops (Admitted *pro hac vice*)
*ltoops@cohenandmalad.com*
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
Fax: (317) 636-2593