# CORRECTED EXHIBIT D
*Fero, et al. v. Excellus Data Breach, et al.* -No. 6:15-CV-06569 (EAW)

| PLAINTIFF | PROPOSED SERVICE PAYMENT AMOUNT | DEPOSED | ROGS SETS | RFPS TOTAL |
|---|---|---|---|---|
| Sharon Smith | $7,500 | Yes | 1, 3, 4 | 31 |
| James Smith | $7,500 | Yes | 1, 3, 4 | 28 |
| Nina Mottern | $7,500 | Yes | 1, 5 | 41 |
| Robert Kwit | $6,000 | Yes | 1, 3 | 27 |
| Cathryn Kwit | $6,000 | Yes | 1, 3 | 26 |
| Barbara Palmer | $5,000 | Yes | 1 | 17 |
| Andres Curbelo | $5,000 | Yes | 1 | 31 |
| Harold Jackling | $5,000 | Yes | 1 | 30 |
| Cindy Harden | $5,000 | Yes | 1, 3 | 21 |
| Matthew Fero | $5,000 | Yes | 1, 2 | 21 |
| Dwayne Church | $5,000 | Yes | 1, 2 | 27 |
| Roger A. Carroll | $5,000 | Yes | 1, 3 | 25 |
| Don Korn | $5,000 | Yes | 1, 2 | 21 |
| Therese Boomershine | $5,000 | Yes | 1, 3 | 25 |
| Carole Preston | $5,000 | Yes | 1 | 29 |
| Carlos Martinho | $5,000 | Yes | 1 | 28 |
| Brenda Caltagarone | $5,000 | Yes | 1 | 27 |
| Thomas Albrecht | $1,000 | No | 1 | 21 |